# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEREMY FLETCHER RAND, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> NATIONAL MERIT SCHOLARSHIP ) <br> CORPORATION; ) <br> COLLEGE ENTRANCE AND ) <br> EXAMINATION BOARD (DBA: THE ) <br> COLLEGE BOARD); AND ) <br> EDUCATIONAL TESTING SERVICE, ) <br> ) <br> Defendants. ) | Case No. CIV-11-1182-M |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LCvR83.3(b), I respectfully request that Alexander E. Dreier and Douglas S. Crosno be admitted to this Court pro hac vice for the limited purpose of representing Defendant The College Entrance Examination Board in the above-captioned case. In support of this Motion, I state:

1. I am an attorney in the Oklahoma City office of McAfee & Taft A Professional Corporation. I am admitted and in good standing with this Court, and I represent Defendant The College Entrance Examination Board in this case.

2. Alexander E. Dreier is with the law firm of Hogan Lovells US LLP, Columbia Square, 555 Thirteenth Street, NW, Washington, D.C. 20004. He is a member in good standing of the District of Columbia Bar Association and the Maryland Bar Association.

3. Douglas S. Crosno is also with the law firm of Hogan Lovells US LLP, Columbia Square, 555 Thirteenth Street, NW, Washington, D.C. 20004. He is a member in good standing of the District of Columbia Bar Association and the Virginia Bar Association.

4. Attached as Exhibits 1 and 2 are Requests for Admission Pro Hac Vice for Messrs. Dreier and Crosno as required by LCvR83.2(g).

WHEREFORE, I respectfully request that this Motion for Pro Hac Vice be granted and that Alexander E. Dreier and Douglas S. Crosno be admitted to practice before this Court for purposes of this case.

Respectfully submitted,

*s/ Jeb Boatman*
JEB BOATMAN, OBA #20160
MCAFEE & TAFT
A PROFESSIONAL CORPORATION
Tenth Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
Telephone: (405) 270-6024
Facsimile: (405) 270-7224
Email: jeb.boatman@mcafeetaft.com

**ATTORNEY FOR DEFENDANT THE COLLEGE ENTRANCE EXAMINATION BOARD**

## CERTIFICATE OF SERVICE

   I hereby certify that on November 16, 2011, a copy of the foregoing was served on the following counsel of record via the Court's ECF System:

Adam Bush
The Adam Bush Law Firm, P.C.
6440 Avondale Dr., Ste. 200
Nichols Hills, OK 73116

Brady R. Henderson
The Henderson Law Firm, PLLC
401 N. Hudson Ave., Ste. 222
Oklahoma City, OK 73102

**COUNSEL FOR PLAINTIFF**


Kevin R. Donelson
Fellers, Snider, Blankenship,
Bailey & Tippens, P.C.
100 N. Broadway, Ste. 1700
Oklahoma City, OK 73102-8820

**COUNSEL FOR DEFENDANT NATIONAL
MERIT SCHOLARSHIP CORPORATION**

            *s/ Jeb Boatman*
            JEB BOATMAN