IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JEREMY FLETCHER RAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | Case No. CIV-11-1182-M |
| NATIONAL MERIT SCHOLARSHIP | ) | |
| CORPORATION; | ) | |
| COLLEGE ENTRANCE AND | ) | |
| EXAMINATION BOARD (DBA: THE | ) | |
| COLLEGE BOARD); AND | ) | |
| EDUCATIONAL TESTING SERVICE, | ) | |
| | ) | |
| Defendants. | ) | |

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. **Full name:** Alexander E. Dreier

2. **State bar membership numbers:** District of Columbia Bar No. 459963, Maryland Bar No. 13598

3. **Business address, telephone and fax numbers:** Hogan Lovells US LLP, Columbia Square, 555 Thirteenth Street, NW, Washington, District of Columbia 20004 / Telephone: (202) 637-6864 / Facsimile: (202) 637-5910

4. **List all state and federal courts or bar associations in which you are a member "in good standing to practice law:** District of Columbia Bar Association, Maryland Bar Association

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  ☐ YES ☒ NO

6. Have any proceedings which could lead to any such disciplinary  ☐ YES ☒ NO

9136440-1

action been instituted against you in any such bodies?
(Please attach a statement explaining any "YES" answer to questions 5 or 6.)

7.  Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?  ☒ YES ☐ NO

A check for $50 should be made payable to the U.S. District Court Clerk.
*(United States Government Attorneys are exempted from paying this fee.)*

DATED this 16th day of November, 2011.

_____
ALEXANDER E. DREIER
(Signature of Applicant)

**EXHIBIT 1**