## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEREMY FLETCHER RAND, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) Case No. CIV-11-1182-M |
| NATIONAL MERIT SCHOLARSHIP | ) |
| CORPORATION; | ) |
| COLLEGE ENTRANCE AND | ) |
| EXAMINATION BOARD (DBA: THE | ) |
| COLLEGE BOARD); AND | ) |
| EDUCATIONAL TESTING SERVICE, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant The College Entrance Examination Board. I certify that I am admitted to practice in this Court *pro hac vice* and I am registered to file documents electronically with this court.

                                                                                                     Respectfully submitted,

                                         *s/ Alexander E. Dreier*
                                         ALEXANDER E. DREIER
                                         *Admitted Pro Hac Vice*
                                         HOGAN LOVELLS US LLP
                                         Columbia Square
                                         555 Thirteenth Street, NW
                                         Washington, D.C. 20004
                                         Telephone: (202) 637-6864
                                         Facsimile: (202) 637-5910
                                         Email: alexander.dreier@hoganlovells.com

                                         **ATTORNEY FOR DEFENDANT**
                                         **THE COLLEGE ENTRANCE**
                                         **EXAMINATION BOARD**

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2011, a copy of the foregoing was served on the following counsel of record via the Court's ECF System:

Adam Bush
The Adam Bush Law Firm, P.C.
6440 Avondale Dr., Ste. 200
Nichols Hills, OK 73116

Brady R. Henderson
The Henderson Law Firm, PLLC
401 N. Hudson Ave., Ste. 222
Oklahoma City, OK 73102

**COUNSEL FOR PLAINTIFF**


Kevin R. Donelson
Fellers, Snider, Blankenship,
Bailey & Tippens, P.C.
100 N. Broadway, Ste. 1700
Oklahoma City, OK 73102-8820

**COUNSEL FOR DEFENDANT NATIONAL
MERIT SCHOLARSHIP CORPORATION**


*s/ Alexander E. Dreier*
ALEXANDER E. DREIER